MARTIN M. SPENCER, Respondent, v. CITY OF NEW YORK, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Carswell, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ.

■

ALFONS WAHL et al., Respondents, v. CHARLES GOLD et al., Appellants.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Carswell, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ.

■

FRANK MAINETTY, Appellant, v. JOSEPHINE B. MAINETTY, Respondent. — In an action for separation, plaintiff appeals from an order awarding custody of a child to defendant and directing payment of temporary alimony and an allowance of counsel fees. Order affirmed, with $10 costs and disbursements. No opinion. Carswell, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ., concur.

■

JOSEPHINE POLIZOTTI, Appellant, v. CARMELLO POLIZOTTI, Respondent.— In a separation action, plaintiff wife appeals from an order granting defendant husband's motion to dismiss the action for failure to prosecute. Order reversed on the law, with $10 costs and disbursements, and the motion denied, without costs, on condition that plaintiff notice the action for trial within ten days after payment to her, by the Sheriff of Bronx County, of the moneys collected by him from the defendant. In view of the conceded default of the husband in making payments of alimony and counsel fee, for which he was adjudged in contempt, it was an improvident exercise of discretion to dismiss the action unconditionally before plaintiff had received the moneys which defendant had been ordered to pay. Carswell, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ., concur.

■

QUEENSBORO CONSTRUCTION Co., INC., Appellant, v. OLIVER PARKER, Respondent.— In an action for breach of contract, order denying plaintiff's motion to strike the action from the jury calendar affirmed, with $10 costs and disbursements. No opinion. Carswell, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ., concur.

■

OSCAR STEIN, Respondent, v. UNION SANATORIUM ASSOCIATION, INC., Operated as the UNION HEALTH CENTER, I. L. G. W. U., Appellant, et al., Defendants. — In an action to recover damages for alleged negligent treatment of a patient in a medical clinic, order granting plantiff's motion for an examination before trial and a discovery and inspection modified by striking from the first and tenth ordering paragraphs the words, " Dr. W. H. Foege "; by striking from the sixth ordering paragraph the references to instruments used on October 3, 1950; and by adding to the ninth ordering paragraph a provision that the production shall apply to records, etc., of a period commencing not earlier than four years prior to October 11, 1950. As thus modified the order is affirmed, without costs; examination to proceed on five days' notice. No necessity is shown for the matter set forth in the items hereby ordered struck out. Carswell, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ., concur.